# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DESMOND DENNIS**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　No: 4:22-cv-211-DPM

**FERNANDO PADILLA,**
**Deputy Public Defender**　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Dennis's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 March 2022